**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00088-CR
### No. 05-13-00089-CR

**EDUARDO ENRIQUE ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-82025-2011 and 401-82026-2011**

## ORDER

Appellee's unopposed motion for extension of time in which to file a brief is **GRANTED**. Appellee's brief is deemed timely filed and the Clerk is **DIRECTED** to file appellee's brief as of the date received.

/s/  ELIZABETH LANG-MIERS
    PRESIDING JUSTICE